No. 04–1615. VINES ET AL. v. UNIVERSITY OF LOUISIANA AT MONROE ET AL. C. A. 5th Cir. Certiorari denied. ▮▮▮

No. 04–10612. TOMLIN v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied. ▮▮▮

No. 05–263. TELECARE CORP. v. LEAVITT, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. Fed. Cir. Certiorari denied. ▮▮▮

No. 05–295. METROMEDIA ENERGY, INC. v. ENSERCH ENERGY SERVICES, INC., ET AL. C. A. 3d Cir. Certiorari denied. ▮▮▮

No. 05–321. HICKS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮▮▮

No. 05–336. TURCOTTE v. UNITED STATES. C. A. 7th Cir. Certiorari denied. ▮▮▮

No. 05–337. DENTSPLY INTERNATIONAL, INC. v. UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮▮▮

No. 05–356. SCOTT, PERSONAL REPRESENTATIVE OF THE ESTATE OF CONNOR v. JOHANNS, SECRETARY OF AGRICULTURE. C. A. D. C. Cir. Certiorari denied. ▮▮▮

No. 05–359. SMITH, DBA EXPRESS BONDS INC., ET AL. v. CITY OF HAMMOND, INDIANA, ET AL. C. A. 7th Cir. Certiorari denied.

No. 05–364. CORUS STAAL BV ET AL. v. DEPARTMENT OF COMMERCE ET AL. C. A. Fed. Cir. Certiorari denied. ▮▮▮

No. 05–372. KETZNER v. JOHN HANCOCK MUTUAL LIFE INSURANCE CO. ET AL. C. A. 3d Cir. Certiorari denied. ▮▮▮

No. 05–374. DEJA VU OF CINCINNATI, LLC v. UNION TOWNSHIP BOARD OF TRUSTEES ET AL. C. A. 6th Cir. Certiorari denied. ▮▮▮